

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2016

No. 04-16-00728-CV

**IN RE LINK NEW TECH INC.**, and Granitize of San Antonio, Inc.,

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On November 4, 2016, Relator filed a petition for writ of mandamus and emergency motion to stay. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion to Stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 7, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CI17911, styled Link New Tech Inc., Granitize of San Antonio, Inc. v. *MaxxMarka Inc., MaxxMarka International, LLC, Rasha Youssef, Clinique Hoskin, and Roxanne Salazar v. Adam Awad, Regavita Thomas, and Demetrice Thomas*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.